# INGA L. PARSONS
**CHRISTIAN URBANO\***
(of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | **Attorneys at Law** | Tel: 781-581-2262 |
| Federal Courts | **3 Bessom St. No. 234** | Fax: 888-406-9538 |
| U.S. Supreme Court | **Marblehead, MA  01945** | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                         Christian@IngaParsonsLaw.com

BY ECF

December 4, 2019

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY  10007

Re: *United States v. Joseph Galdieri, Jr.*  19 Cr. 757

Dear Judge Furman:

I was appointed counsel for Joseph Galdieri, Jr. who is currently out on bail with electronic monitoring.  Mr. Galdieri seeks permission from the Court to be able to attend Christmas with his family at his Great Aunt's home in Harrison, New York.  He would be leaving at 1 p.m. and returning at 9 p.m.  He would be with his mother, his father and various siblings and cousins.

The government, by Thomas Wright and Pretrial Services, by Leo Barrios, have no objection to this request and have been provided with the details of the visit.

Thank you for your consideration in this matter

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc:  All counsel of record via ECF

Application GRANTED.

SO ORDERED.

December 4, 2019