# INGA L. PARSONS, ESQ.

| | | |
|---|---|---|
| Admitted to MA NY WY | Attorney at Law | Tel: 781-581-2262 |
| Federal Court | **3 Bessom St. No. 234** | Fax: 781-842-1430 |
| U.S. Supreme Court | **Marblehead, MA  01945** | Inga@IngaParsonsLaw.com |

January 24, 2020

BY ECF FILING

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY  10007-1312

Re:  *USA v. Galdieri*, 19 Cr. 757 (JMF)

Dear Judge Furman:

I am appointed counsel for Mr. Joseph Galdieri Jr.  He asks permission to attend a family function in Atlantic City leaving on Tuesday January 28th and returning on Wednesday January 29th.  Mr. Galdieri's pretrial officer Leo Barrios has no objection.  Counsel has sent an email to the government regarding their position but in the interests of getting this to the Court before end of business sending it now.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc:     All parties of record via ECF

---

Application GRANTED. The Clerk of Court is directed to terminate Doc. #45.

SO ORDERED.

January 27, 2020