# INGA L. PARSONS
### CHRISTIAN URBANO*
### (of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com            Christian@IngaParsonsLaw.com

BY ECF

July 2, 2020

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY  10007

    Re: *United States v. Joseph Galdieri, Jr.*  19 Cr. 757

Dear Judge Furman:

    I was appointed counsel for Joseph Galdieri, Jr. who is currently out on bail with electronic monitoring and curfew.  Mr. Galdieri seeks permission from the Court to be able to extend his curfew to midnight on the Fourth of July to attend a family gathering. Mr. Galdieri's pretrial officer Leo Barrios has no objection and the government, by Thomas Wright, takes no position.

    Thank you for your consideration in this matter

                                       Respectfully,

                                       */s/ Inga L. Parsons*

                                       Inga L. Parsons

Cc:  All counsel of record via ECF

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 56.

SO ORDERED.

*[signature]*

July 2, 2020

New York Office: 1790 Broadway, Suite 710, New York, NY 10019 (58th Street by Columbus Circle)