# INGA L. PARSONS
**CHRISTIAN URBANO***
(of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                                Christian@IngaParsonsLaw.com

BY ECF

August 3, 2020

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY  10007

     Re: *United States v. Joseph Galdieri, Jr.*  19 Cr. 757

Dear Judge Furman:

     I was appointed counsel for Joseph Galdieri, Jr. who is currently out on bail with electronic monitoring and curfew.  Mr. Galdieri seeks permission from the Court to be able to extend his curfew to midnight tomorrow August 4, 2020 to attend a family gathering.  Mr. Galdieri's pretrial officer Leo Barrios has no objection and the government, by Thomas Wright, has no objection.

     Thank you for your consideration in this matter

                                                 Respectfully,

                                               */s/ Inga L. Parsons*

                                               Inga L. Parsons

Cc:  All counsel of record via ECF

Application GRANTED. The Clerk of Court is directed to terminate Doc. #59. SO ORDERED.

*[signature]*

August 4, 2020