# INGA L. PARSONS
**CHRISTIAN URBANO\***
(of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                                     Christian@IngaParsonsLaw.com

BY ECF

October 22, 2020

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY  10007

> Assuming both Defendants consent, the Court would indeed hold the conference remotely.  Counsel shall confer with Defendants and, no later than October 27, 2020, submit a joint letter with respect to whether they consent to proceed by video or teleconference.  If either does not, then the Court will reschedule the conference.  For now, however, it remains in effect. The Clerk of Court is directed to terminate Doc. #73. SO ORDERED.
>
> [signature]
>
> October 23, 2020

Re: *United States v. Joseph Galdieri, Jr.*  19 Cr. 757

Dear Judge Furman:

    I am appointed counsel for Joseph Galdieri, Jr.  The Court has set a pretrial conference for 2:00 p.m. on December 8, 2020 with the possibility of an in-person appearance.  I should have been more specific on my availability to the prosecutor in the event this goes forward in person.  I have a long standing in person sentencing date in the District of Massachusetts at 3:00 p.m. on December 8, 2020.  I would be able to attend the conference in NYC on December 8, 2020 by video conferencing at 2:00 p.m.

    I will be in New York City on December 10, 2020 at 10:00 a.m. for a possible in person status conference before Judge McMahon and would be available any other time that day in person.   I also would be available on December 9th and 11th but then I am away until December 25th but could appear by video conferencing for most of those days.  December 3, 2020 I am on duty possibly in person in the District of Massachusetts.

    Thank you for your consideration in this matter

                                                       Respectfully,

                                                       */s/ Inga L. Parsons*

                                                       Inga L. Parsons

Cc:  All counsel of record via ECF