# INGA L. PARSONS
**CHRISTIAN URBANO***
**(of Counsel)**

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA 01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                                         Christian@IngaParsonsLaw.com

BY ECF

May 20, 2021

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

    Re: *United States v. Joseph Galdieri, Jr.* 19 Cr. 757

Dear Judge Furman:

    I was appointed counsel for Joseph Galdieri, Jr. who is currently out on bail with home detention. Mr. Galdieri seeks permission from the Court to be able to attend his daughter's birthday party at his parents home on Sunday, May 23, 2021 from 8 a.m. to 8 p.m. Mr. Galdieri's pretrial officer David Hernandez has no objection and the government, by Thomas Wright, has no objection.

    Thank you for your consideration in this matter

                          Respectfully,

                          */s/ Inga L. Parsons*

                        Inga L. Parsons

Cc: All counsel of record via ECF

> Application GRANTED. The Clerk of Court is directed to terminate Doc. #92. SO ORDERED.
>
> *[signature]*
>
> May 20, 2021

New York Office: 1790 Broadway, Suite 710, New York, NY 10019 (58th Street by Columbus Circle)