```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
                -v-                                                    :    19-CR-757-2 (JMF)
                                                                       :
JOSEPH GALDIERI, JR.,                                                  :    ORDER
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Government has moved by letter, which it requests to be filed under seal, for the Defendant's remand pursuant to 18 U.S.C. § 1343(a)(2). The Defendant shall file any opposition by **June 29, 2021**.

The Court will file and maintain the Government's letter under seal. That said, the Court believes that the letter can and should be filed publicly with the information that justifies sealing redacted. The Government shall promptly confer with defense counsel and, no later than **June 28, 2021**, file a redacted version of its letter on ECF unless, by that same date, it files a letter explaining why redactions would not be adequate.

        SO ORDERED.

Dated: June 25, 2021                    _____
       New York, New York                       JESSE M. FURMAN
                                                United States District Judge