**INGA L. PARSONS, ESQ.**

| Admitted to MA NY WY | Attorney at Law | Tel: 781-581-2262 |
| Federal Court | 3 Bessom St. No. 234 | Fax: 781-842-1430 |
| U.S. Supreme Court | Marblehead, MA 01945 | Inga@IngaParsonsLaw.com |

July 9, 2021

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007-1312

Re: *USA v. Galdieri*, 19 Cr. 757 (JMF)

Dear Judge Furman:

I am appointed counsel for Mr. Joseph Galdieri Jr. I submit this letter asking if it is possible to reschedule the hearing set for the morning of July 14, 2021 to July 15th or July 16th. I am scheduled to be in Buffalo, New York on July 12 and 13th for a CJA matter flying back to Boston. If the 15th and 16th are not available, is it possible to reschedule for afternoon of the 14th.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc: AUSA Wright

> Application GRANTED, The conference is hereby RESCHEDULED to July 15, 2021, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #101. SO ORDERED.
>
> July 12, 2021