# INGA L. PARSONS, ESQ.

| | | |
|---|---|---|
| **Admitted to MA NY WY** | **Attorney at Law** | Tel: 781-581-2262 |
| **Federal Court** | **3 Bessom St. No. 234** | Fax: 781-842-1430 |
| **U.S. Supreme Court** | **Marblehead, MA  01945** | Inga@IngaParsonsLaw.com |

July 12, 2021

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY  10007-1312

Re:  *USA v. Galdieri*, 19 Cr. 757 (JMF)

Dear Judge Furman:

I am appointed counsel for Mr. Joseph Galdieri Jr.  I submit this letter withdrawing my previous request to reschedule the hearing set for the morning of July 14, 2021.  Due to weather the flights for me were delayed and my client's flight was cancelled so we are rescheduling.  In addition, my first cousin passed away unexpectedly yesterday and I am flying out west for the funeral on Thursday the 15th.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc:     AUSA Wright

Application GRANTED. The conference is rescheduled to July 14, 2021, at 10:00 a.m. in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, NY NY. The Clerk of Court is directed to terminate Doc. #102. SO ORDERED.

July 12, 2021