# INGA L. PARSONS, ESQ.

| | | |
|---|---|---|
| **Admitted to MA NY WY** | **Attorney at Law** | Tel: 781-581-2262 |
| **Federal Court** | **3 Bessom St. No. 234** | Fax: 781-842-1430 |
| **U.S. Supreme Court** | **Marblehead, MA  01945** | Inga@IngaParsonsLaw.com |

BY ECF

August 9, 2021

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY  10007-1312

Re:  *USA v. Galdieri*, 19 Cr. 757 (JMF)

Dear Judge Furman:

Counsel submits this letter to advise the Court that she is having difficulty rescheduling her conflict with respect to her availability on September 1st – the date sentencing is currently scheduled.  Counsel would propose that the Court schedule the sentencing for September 10th at 1:30 p.m. as originally proposed by the Court and if AUSA Wright's trial goes away (which we would know by September 8th) we can go forward on the 10th. Counsel will be in NYC on the 8th 9th and 10th of September.  She is then out of state again returning and available the first and second week of October if Mr. Wright's trial does go forward.

Counsel has spoken to her client, and although he is anxious to go forward as soon as possible, he appreciates counsel's dilemma and has agreed to this schedule.  Mr. Wright also has no objection to this schedule.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc:     AUSA Wright

The Application is GRANTED.  The sentencing will proceed on September 10, 2021, at 1:30 p.m.  The Clerk of Court is directed to terminate ECF No. 115.  SO ORDERED.

August 9, 2021